[No. 18264-1-I. Division One. July 6, 1987.]

BRENT ERIC HILL, ET AL, *Appellants,* v. WESTWARD BUILDERS, INC., *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 84-2-15961-8, James D. McCutcheon, Jr., J., entered March 27, 1986. *Affirmed* by unpublished opinion per Andersen, J. Pro Tem., concurred in by Cole and Dolliver, JJ. Pro Tem.

[No. 17483-5-I. Division One. July 6, 1987.]

GERALD VENERA, *Appellant,* v. THE CITY OF NORTH BEND, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 85-2-08119-6, Charles V. Johnson, J., entered September 24, 1985. *Affirmed* by unpublished opinion per Williams, J. Pro Tem., concurred in by Dore and Wetherall, JJ. Pro Tem.

[No. 18032-1-I. Division One. July 6, 1987.]

FIVE B. CORPORATION, *Respondent,* v. G.B.K. REAL ESTATE DEVELOPMENT CORPORATION, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85-2-11437-0, Herbert M. Stephens, J., entered February 3, 1986. *Reversed* by unpublished opinion per French, J. Pro Tem., concurred in by Callow and Williams, JJ. Pro Tem.